DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN DIEMER #133977
75 East Santa Clara Street, Suite 290
San Jose, California 95113

KEATON & ASSOCIATES, P.C.
MICHAEL J. KEATON, ESQ. (IL# 6207203)
JASON R. KLINOWSKI, ESQ. (IL# 6283266)
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067

ATTORNEYS FOR GREENFIELD FRESH, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GREENFIELD FRESH, INC., Plaintiff, v. CABELLO PRODUCE SSF, INC. d/b/a ADAN & BETO, RIGOBERTO MARTIN, ADAN MARTIN, ARIEL HERBEZ, CESAR CABELLOS and JESUS CABELLOS, Defendants. | ) | CIVIL ACTION<br>Case No. C10-00567-MHP |

**RULE 41 VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

Greenfield Fresh, Inc. ("Plaintiff"), by and through their undersigned counsel, hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, of the voluntary dismissal of this cause as it relates to defendants: (i) Cabello Produce SSF, Inc. d/b/a Adan & Beto; (ii) Rigoberto Martin; (iii) Adan Martin; (iv) Ariel Herbez; (v) Cesar Cabellos, and; (vi) Jesus Cabellos and advises the Court that the parties have resolved and otherwise settled this action. The Court may immediately dismiss the action against all named defendants without prejudice.

Date: February 24, 2010

Respectfully submitted,

GREENFIELD FRESH, INC.

By: /s/ Kathryn S. Diemer, Esq.
One of Its Attorneys

Kathryn Diemer, Esq.
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Tel: 408/971-6270

Co-Counsel:

Michael J. Keaton, Esq.
Jason R. Klinowski, Esq.
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500

2/25/2010

